# United States Court of Appeals
## For the First Circuit

---

No. 15-1414

UNITED STATES

Appellee

v.

MARGARET MATHES

Defendant - Appellant

---

**JUDGMENT**

Entered: June 17, 2015
Pursuant to 1st Cir. R. 27.0(d)

    Upon consideration of appellant's unopposed motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b).

    Mandate to issue forthwith.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Dina Chaitowitz
Andrew Lelling
Jane Peachy
Margaret Mathes